IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CASE NO. 5:24-CV-237-KDB-DCK

| | |
|---|---|
| SHAUNI WRIGHT and LANCE WRIGHT, | ) |
| Plaintiff, | ) **ORDER** |
| v. | ) |
| LOWES HOME CENTERS, LLC, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 16) filed by Local Counsel James M. Dedman IV on January 14, 2025.

Applicant Meegan B. Brooks seeks to appear as counsel *pro hac vice* for Defendant. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 16) is **GRANTED**. Meegan B. Brooks is hereby admitted *pro hac vice* to represent Defendant.

**SO ORDERED**.

Signed: January 14, 2025

David C. Keesler
United States Magistrate Judge