# United States District Court
# Western District of North Carolina
# Statesville Division

| | |
|---|---|
| Shauni Wright<br>Lance Wright**,**<br><br>Plaintiff(s),<br><br>vs.<br><br>Lowes Home Centers, LLC**,**<br><br>Defendant(s). | JUDGMENT IN CASE<br><br>5:24-cv-00237-KDB-DCK |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 15, 2025 Order.

September 15, 2025

Katherine Hord Simon, Clerk
United States District Court